# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

   YVONNE T VALENCIA

    Defendant.

**Case Number:**   1:25-PO-00188-SAB
**Violation Number:**   9455046
**CVB Location Code:**   CA86

**ORDER TO APPEAR IN PERSON FOR FAILURE TO PAY PURSUANT TO AN ORDER OF COURT**

On _____03/19/2026_____, Defendant was ORDERED TO PAY a fixed-sum in lieu of appearance in court on the following charge(s):

| Charge(s): | Nature of Charge(s) |
|---|---|
| **36 CFR 327.12(a)** | **Failure to Observe Visiting Hours Failure to Observe Cl** |

To date, the defendant has not paid according to the terms of the Order and is assessed additional penalties for failure to pay.  Therefore, the defendant is **ORDER TO APPEAR** on the following date and time unless the outstanding balance **IN FULL** is paid <u>no later than 5 days prior to the court date</u>.

  **DEFENDANT IS ORDERED TO APPEAR ON** _____06/18/26_____ at 10:00 a.m. in Courtroom Number 9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, CA  93721.

The Central Violations Bureau provides the option to pay a Federal Ticket Online at **www.cvb.uscourts.gov** by clicking "Pay Online" on the main page of the website.  The case information required to make a payment online is at the top of this Order.  Payment can also be sent via United States mail to:

    **CENTRAL VIOLATIONS BUREAU**
    **P.O. Box 780549**
    **San Antonio, TX 78278**
    **Phone:  1-800-827-2982**

**Prior to sending payment, the defendant must obtain the outstanding balance, <u>which includes late fees and penalties</u>, by contacting the Central Violations Bureau via the website (www.cvb.uscourts.gov) or by phone (1-800-827-2982).  The check or money order must indicate defendant's name and violation notice/case number shown above to ensure the correct case is credited for payment.**

IT IS FURTHER ORDERED that if the defendant fails to pay 5 days prior to the above hearing date, defendant will need to appear in person at the date and time ordered above.  **IF DEFENDANT FAILS TO APPEAR, A WARRANT FOR DEFENDANT'S ARREST WILL BE ISSUED AND AN ABSTRACT PLACED ON DEFENDANT'S DRIVING RECORD.**

D A T E D : _5/19/2026_

*/s/ Stanley A. Boone*
**Stanley A. Boone**
United States Magistrate Judge

*Cal-ED (Fresno)- Mis 10 (Rev. 5/23)*             **CRD Initials:** YV